UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAT WORLD, INC., dba
LIDS TEAM SPORTS,

        NO. CIV. S-12-2921 LKK/EFB

    Plaintiff,

  v.

        O R D E R

GREGG PISTOCHINI and
EASTBAY, INC.,

    Defendants.

    A status conference was held in chambers on March 18, 2013. After hearing, the court orders as follows:

    1.   A further status conference is set for April 8, 2013 at 2:00 p.m.

    IT IS SO ORDERED.

    DATED: March 20, 2013.

                      LAWRENCE K. KARLTON
                      SENIOR JUDGE
                      UNITED STATES DISTRICT COURT

1