Barbara A. Cotter, Esq. (SBN 142590)
Lisa V. Ryan, Esq. (SBN 217802)
Meg E. Wilson, Esq. (SBN 278386)
Cook Brown, LLP
555 Capitol Mall, Suite 425
Sacramento, California 95814
Tel. (916) 442-3100
Fax (916) 442-4227

Robert W. Horton (TN SBN 17417) (Admitted *Pro Hac Vice*)
L. Lymari Cromwell (TN SBN 027405) (Admitted *Pro Hac Vice*)
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
Tel. (615) 742-6200
Fax (615) 742-6293

Attorneys for Plaintiff
HAT WORLD, INC., d/b/a LIDS TEAM SPORTS

Tracy Thompson (SBN 88173)
  tt@millerlawgroup.com
M. Michael Cole (SBN 235538)
  mmc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, California  94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants
EASTBAY, INC. and GREGG PISTOCHINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| HAT WORLD, INC., d/b/a LIDS TEAM SPORTS,<br><br>             Plaintiff,<br><br>v.<br><br>GREGG PISTOCHINI and EASTBAY, INC.<br><br>             Defendants. | Case No.:  2:12−CV−02921−TLN-EFB<br><br>**STIPULATION REGARDING THE EXCHANGE OF INITIAL DISCLOSURES; ORDER THEREON**<br><br>Complaint filed:  November 8, 2012 |

1   Plaintiff HAT WORLD, INC., d/b/a Lids Team Sports and Defendants GREGG
2   PISTOCHINI and EASTBAY, INC. (colellectively, the "Parties") through their respective
3   undersigned counsel of record, hereby stipulate and agree as follows:
4
5   WHEREAS, this case was initially filed on November 13, 2012, and removed to
6   this Court on or about December 3, 2012;
7
8   WHEREAS, the Parties have since engaged in efforts to resolve this matter and
9   the related action in *Hat World, Inc., d/b/a Lids team Sports v. Kelly*, Case
10  No. 2:12 cv-01591-TLN-EFB (E.D. Cal.), and, toward that end, participated in a private
11  mediation session on April 25, 2013;
12
13  WHEREAS, in an effort to increase the prospects for a successful resolution and
14  to reduce unnecessary litigation costs, the Parties temporarily suspended written discovery
15  and depositions during this period, including the exchange of initial disclosures;
16
17  WHEREAS, although the Parties were not able to reach a resolution at the
18  mediation, informal negotiations continue on an informal basis; and
19
20  WHEREAS, on June 12, 2013, the Court entered a scheduling order.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

NOW, THEREFORE, the Parties have agreed to exchange their Rule 26(a)(1) disclosures on or before July 12, 2013.

Dated:  June 19, 2013

Bass, Berry & Sims PLC

By: /s/ L. Lymari Cromwell (with permission)
L. Lymari Cromwell
Attorneys for Plaintiff
HAT WORLD, INC.,
dba LIDS TEAM SPORTS

Dated:  June 19, 2013

MILLER LAW GROUP
A Professional Corporation

By:             /s/ M. Michael Cole
Tracy Thompson
M. Michael Cole
Attorneys for Defendant
EASTBAY, INC.

**IT IS SO ORDERED.**

Dated:  June 19, 2013

Troy L. Nunley
United States District Judge